third party order, a subpœna and a subpœna duces tecum in supplementary proceedings.

Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.; Page, J., dissented.

PAGE, J. (dissenting): These are appeals from an order vacating and setting aside the service of a third party order in supplementary proceedings, and a subpœna duces tecum, and a subpœna for the attendance of Fannie A. Noyes individually and as secretary and treasurer of a domestic corporation, upon the ground that she was a non-resident of this State and was in attendance at the county court house in Kings county pursuant to an order for her examination as a party before trial in an action pending in the Supreme Court. I dissent from the affirmance of these orders on the ground: (1) That she did not come into this State voluntarily as a witness. She came here under compulsion of an order of the Appellate Division of the Supreme Court, Second Department, which provided that if she failed to appear her answer would be stricken out; (2) the process was not against her individually, but against the domestic corporation of which she was secretary and treasurer. The examination of the corporation by her as an officer thereof was sought. (Code Civ. Proc. § 2444.) The individual immunity of a non-resident does not extend to the non-resident officer of a domestic corporation. (See *Breon* v. *Miller Lumber Co.*, 65 S. E. Rep. 214.)

———

In the Matter of the Transfer Tax upon the Estate of ANNIE E. BARNABY, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; MARY LEWIS KIRKMAN, Executrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Fowler, S. (Reported in 104 Misc. Rep. 362.) Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

MEYER PONCHER, an Infant, by HARRY PONCHER, His Guardian ad Litem, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

HARRY PONCHER, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

RALPH M. WEINRICHTER, Respondent, v. INCORPORATED LAND COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

DOMESTIC CHEMICAL CORPORATION, Respondent, v. GENERAL PLATERS SUPPLY COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

ISIDORE BERTHET and Another, Copartners, etc., Respondents, v. JOHN SCHUBERT COTTON COMPANY, INC., Appellant.— Judgment and order

affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin Smith, Page and Philbin, JJ.

PARKER WAGNER, an Infant, by JENNIE P. WAGNER, His Guardian ad Litem, Respondent, v. MATHILDA A. MITTENDORF, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

JENNIE P. WAGNER, Respondent, v. MATHILDA A. MITTENDORF, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin JJ.

JANE LEE, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

DANIEL G. GRIFFIN and Others, as Substituted Trustees, etc., Appellants, v. MICHAEL WIELANDT and Others, as Trustees, and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

DAVID BARON, Respondent, v. FRANK GENS & COMPANY, INC., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

JOHN P. GRIFFIN, Respondent, v. SAMUEL M. BASES, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

AUGUST CONTI and Another, Respondents, v. LEGEND REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS JARDINE and Others, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

LENA BESNER, as Administratrix, etc., Respondent, v. CENTRAL TRUST COMPANY OF NEW YORK and Others, as Executors and Trustees, etc., of AUGUSTUS D. JUILLIARD and Another, Appellants, Impleaded with Others. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.; Clarke, P. J., and Smith, J., dissented as to the defendants Central Trust Company and others, as executors.

MINNIE BAYER, Appellant, v. WILLIAM O. ROSS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.; Smith, J., dissented.

MAX RENNERT, Respondent, v. ANDREW E. KALBACH, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

AMEDEO AJELLO, Appellant, v. LARRY J. MARGULIES, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.